# Third District Court of Appeal
## State of Florida

Opinion filed May 19, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-0474
Lower Tribunal No. F05-5281A

————————

**Raudel Robinson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Raudel Robinson, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.